

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2021

No. 04-21-00277-CV

**IN THE INTEREST OF M.C.L.V, A CHILD**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01657
Kimberly Burley, Judge Presiding

# O R D E R

Appellee's motion for extension of time is **GRANTED**. Appellee's brief must be filed **on or before November 8, 2021.**

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2021.

_____
Michael A. Cruz,
Clerk of Court